**1140**

PERKINS, Respondent, v. SAKS & CO., Appellants. (Supreme Court, Appellate Division, First Department. February 10, 1911.) Action by Harry J. Perkins against Saks & Co. C. M. Roberts, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PETERSON, Respondent, v. DAY, Appellant. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by William Peterson against Arthur E. Day.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered; costs to abide the event. The evidence in this case establishes an express warranty as to the condition of the boat, which survived· acceptance. The memorandum signed by defendant on May 29th was a mere receipt for the possession of the boat, ·and was neither an agreement to accept the boat with existing defects, nor to release plaintiff from any claim for damages that defendant might have on account thereof. The testimony offered by defendant with respect to the condition of the boat on the day of ·delivery was improperly excluded.

PIERRE, Appellant, v. FARLEY, Respondent. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Michael S. N. Pierre against Edward V. Farley. No opinion. Motion denied, on condition, that the return be made to this court within 10 days; otherwise, motion granted, with costs.

PINCKNEY, Respondent, v. MORTHORST et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by William H. H. Pinckney, agent, etc., against Herman Morthorst and another. No opinion. Final order of the Municipal Court affirmed by default, with costs.

POLKOWSKI, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 20, 1911.) Action by Ksawery Polkowski against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

POLLITZ, Respondent, v. GOULD et al., Appellants. (Supreme Court,· Appellate Division, First Department. January 13, 1911.) Action by James Pollitz against George J. Gould and others. R. Taggart, for appellants. J. A. Hodge, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, ·..so, 127 N. Y. Supp. 782.

SCOTT, J., dissenting.

POMERANTZ, Appellant, v. HARTMAN, Respondent, et al.· (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Mary Pomerantz against Helen Hartman and another. No opinion. Motion granted, and order resettled, without costs. See, also, 126 N. Y. Supp. 649.

POMERANTZ, Appellant, v. HARTMAN, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Mary Pomerantz against Helen Hartman and another. No opinion. Motion granted, without costs. See, also, supra.

POND, Respondent, v. NEW ROCHELLE WATER CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Charles H. Pond against the New Rochelle Water Company. No opinion. Motion denied, with $10 costs. See, also, 127 N. Y. Supp. 582.

POSNIR, Appellant, v. ROSTOF CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Morris Posnir against the Rostof Company and another.

PER CURIAM. Order of the Municipal Court of October 13, 1910, setting aside the verdict and ordering a new trial, affirmed. Order of October 31, 1910, reducing the amount of the costs to be paid as a condition of granting such new trial, reversed, upon the ground that one judge of the Municipal Court had no power to review the order of another judge of said court in this regard. As defendants have not appealed from so much of the order of October 13th as imposed costs as a condition, we cannot review the correctness of such decision. No costs should be awarded to either party as against the other upon these appeals.

POUCH, Respondent, v. STATEN ISLAND MIDLAND RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Susan D. Pouch against the Staten Island Midland Railway Company. No opinion. Motion denied, with $10 costs. See, also, 126 N. Y. Supp. 738.

PROCTOR, Respondent, v. ROCKVILLE CENTRE MILLING & CONSTRUCTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by ·Earl B. Proctor against the Rockville Centre Milling & Construction pany. No opinion. Motion for leave to appeal to the Court of Appeals granted. See, also, 126 N. Y. Supp. 743.

P. T. JANOWITZ CO., Respondent, v. FERDINAND MUNCH BREWERY, Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by the P. T. Janowitz Company against the Ferdinand Munch Brewery.

PER CURIAM. Without any expression upon the merits of the litigation, the order is affirmed, with $10 costs and disbursements.

QUINN, Sheriff, Respondent, v. NATIONAL FIREPROOF SASH & DOOR CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by